of argument for November 14, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HOWDEN TILE & MARBLE CO., INC., v. NATIONAL ENGINEERING CORPORATION. — Motion granted and the time of respondent in which to serve and file its points extended to and including October 25, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EBLING MALT PRODUCTS CO., INC., v. PATRICK J. BREARTON.— Motion granted and the argument of appeal postponed to November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion granted and the time of appellant to serve and file the record on appeal and appellant's points extended to and including October 25, 1929, with notice of argument for November 12, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM WEINBERGER.— Motion granted and the time of appellant in which to serve and file his points on appeal extended to and including October 25, 1929, with notice of argument for November 12, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK and Others, Impleaded with NETTIE M. WEIL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK and Others, Impleaded with NETTIE M. WEIL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. NETTIE M. WEIL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO, Alias VOLACHI.— Motion granted and the time of the appellant in which to serve and file record and appellant's points extended to and including November 8, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLINTON TRADING CORPORATION, Respondent, v. MINETTA COLONY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PURITAN REALTY CORPORATION, Respondent, v. RANDOLPH REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PURITAN REALTY CORPORATION, Respondent, v. RANDOLPH REALTY CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM S. DEYO, Respondent, v. MILLS NOVELTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on payment of costs to date of motion, including ten dollars costs, and without prejudice to the position of case on the calendar. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM S. DEYO, Respondent, v. MILLS NOVELTY COMPANY, Appellant.—

Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Dr. Louis S. London, Respondent, v. Dr. Fritz Wittels, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Walter G. Hall, Appellant, v. Jules S. Bache and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to renew motion upon papers properly setting forth the issues upon which the relief is sought. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Jacob Israel, as Administrator, etc., of Amelia Israel, Deceased, Appellant, v. Meyer Kaufman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Claudia Iglesias, Respondent, v. Joseph Iglesias, Appellant.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Marion Consalvo and Another, Appellants, v. New York City Interborough Railway Company, Respondent.— Order modified by providing that the prior and separate trial of the issue with respect to the release shall be had at Trial Term, Bronx county, the date thereof to be fixed in the order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

W. A. McLaughlin, Inc., Appellant, v. The National City Bank of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Native Chinese Social Club, Inc., Appellant, v. Joseph A. Warren, Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Capitol Wholesale Grocery Co., Inc., Respondent, v. Globe Indemnity Company, Appellant.— Order modified by striking out the last paragraph and providing in place thereof as follows: " Ordered that at the time and place of such examination the defendant produce papers and documents pertaining in any way to the above matters, and that such papers as are material to said matters may be offered and received in evidence and in addition to the use thereof by the witness to refresh his recollection; " and so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Lloyd L. Stevens, Suing as a Poor Person, Appellant, v. Home for Old Men and Aged Couples, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Sandro Benelli, Appellant, v. Frank W. Healy, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frederick W. Huber, Inc., Respondent, v. Robert D. Douglass and Others, Copartners, etc., Appellants.— Order so far as appealed from affirmed, with ten